AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DON HAMILTON, et al.,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-328-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered against Plaintiffs and in favor of Defendants.

March 8, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer